## Commonwealth *v.* Jackson, Appellant.

Argued October 6, 1942. Before SCHAFFER, C. J.; MAXEY, DREW, LINN, STERN, PATTERSON and PARKER, JJ.

*Bresci R. P. Leonard,* for appellant.

*Frank E. Coho,* Deputy Attorney General, with him *Ruth Forsht,* Special Deputy Attorney General, and *Claude T. Reno,* Attorney General, for appellee.

PER CURIAM, November 23, 1942:

The majority of this court, with the Chief Justice dissenting, affirms the judgment of the Superior Court, on the opinion of Judge HIRT.